Erin Rose Ronstadt, SBN 028362
Kevin Koelbel, SBN 016599
OBER & PEKAS, PLLC
3030 North 3rd Street, Suite 1230
Phoenix, AZ 85012
Phone: (602) 277-1745
Fax: (602) 761-4443
erin@oberpekas.com
kevin@oberpekas.com
*Attorneys for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Mark McGlasson, a married man,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>Long Term Disability Coverage for All Active Full-time and Part-time Employees, other than those classified by the Employer as Pilots, who are U.S. residents and whose Total Annual Cash Compensation is between $60,000 and $199,999, excluding temporary and seasonal Employees, an ERISA benefit plan; The Prudential Insurance Company of America, a plan fiduciary; and JPMorgan Chase Bank, N.A., a plan administrator,<br><br>　　　　　　　　　　Defendants. | No. CV-15-01512-PHX-JWS<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

　　　Plaintiff Mark McGlasson ("Plaintiff") and Defendants Long Term Disability Coverage for All Active Full-time and Part-time Employees, other than those classified by the Employer as Pilots, who are U.S. residents and whose Total Annual Cash Compensation is between $60,000 and $199,999, excluding temporary and seasonal Employees, The Prudential Insurance Company of America, and JPMorgan Chase Bank, N.A., by and through their respective undersigned attorneys and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal with prejudice of Plaintiff's lawsuit in its entirety, with each party to bear its own costs and attorneys' fees.

DATED this 31st day of October, 2016.

OBER & PEKAS, PLLC

By: *s/ Erin Rose Ronstadt*
Erin Rose Ronstadt
Kevin Koelbel
*Attorneys for Plaintiff*

SEYFARTH SHAW LLP

By: *s/ Christopher M. Busey*
Christopher M. Busey
Ian H. Morrison
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I certify that on October 31, 2016 I electronically transmitted the foregoing to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Anthony J. Fernandez
Vincent J. Montell
QUINTAIROS, PRIETO, WOOD & BOYER, P.A.
2390 E. Camelback Road, Suite 440
Phoenix, AZ 85016
afernandez@qpwblaw.com
vmontell@qpwblaw.com

Ian H. Morrison
Christopher M. Busey
SEYFARTH SHAW LLP
131 South Dearborn Street, Suite 2400
Chicago, IL 60603
cbusey@seyfarth.com
imorrison@seyfarth.com

*Attorneys for Defendants*

By: *s/ Ashley Porter*